IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02509-MEH

BRIAN BRACKETT,

    Plaintiff,

v.

THE JEFFERSON COUNTY ADMINISTRATION,
WELLPATH AND CLEAR CARE SALUTATION, and
ARAMARK FOOD CORPORATION,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 12, 2021.**

    After the Hon. Gordon P. Gallagher's review pursuant to D.C.Colo.LCivR 8.1(b), the above-captioned case has been reassigned to Magistrate Judge Michael E. Hegarty pursuant to D.C.Colo.LCivR 40.1(c).

    It is ORDERED that a Preliminary Scheduling/Status Conference will be held before this Court on **January 12, 2022,** at **10:00 a.m.,** in the Alfred A. Arraj U.S. Courthouse, Courtroom A-501, 901 19th Street, Denver, Colorado. The parties shall complete and file the Magistrate Judge Consent Form (ECF 18) **on or before December 29, 2021**.

    <u>Plaintiff shall notify all parties who have not entered an appearance of the date and time of the Scheduling/Status Conference</u>.

    Plaintiff shall participate in this conference by telephone. Plaintiff and his case manager, or a representative of the facility shall appear by telephone by calling the following conference line at the appointed time:

Number:      888-278-0296
Access code:   8212991#

    Please remember that, when you call in, you may be entering a proceeding already in progress for a different case; therefore, as you would if you were present in the courtroom, please ensure silence until your case is called.

    Counsel whose offices are located outside of the Denver metropolitan area or who otherwise cannot reasonably appear in person may appear at the scheduling conference by

telephone.  Please contact Chambers at (303) 844-4507 at least **two business days** before the conference to arrange appearance by telephone.

The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.Colo.LCivR 16.2 and 26.1.  The purpose of the initial conference is to consider the nature and status of the case, the timing for filing any motions, and what discovery, if any, will be needed.  No discovery shall be submitted until after the preliminary scheduling/status conference, unless otherwise ordered or directed by the judicial officer in this case.

IT IS FURTHER ORDERED that settings before this Court (hearings, status conferences, etc.) constitute orders of the Court and the prison facility is required to allow the inmate to comply with his telephonic attendance.  It shall be the responsibility of the inmate <u>and</u> his case manager, counselor, or other individual responsible for coordinating inmate attendance, to ensure his appearance at the scheduled time.

**In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the following**:

CASE MANAGER FOR
Brian Brackett, #P00145819
Jefferson County Detention Facility
P.O. Box 16700
Golden, CO 80402-6700